Entered on Docket Apr. 06, 2007

The Honorable Samuel J. Steiner
Chapter 7
Location of Hearing: Room 8206
Date of Hearing: April 6, 2007
Time of Hearing: 9:30 a.m.
Response Date: March 30, 2007

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re<br>RYAN PAUL SHIPLEY,<br><br>        Debtor. | NO. 06-13443-SJS<br>Chapter 7 |
| TRANS UNION LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN PAUL SHIPLEY,<br><br>        Defendant. | ADVERSARY PROCEEDING<br><br>NO. 06-01457-SJS<br><br><br>STIPULATION AND ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE |

Plaintiff Trans Union LLC ("Plaintiff") and defendant Ryan Paul Shipley ("Defendant"), through their counsel of record, submit the following stipulation and order for entry by the court.

## I. STIPULATION

By signature of undersigned counsel, Plaintiff and Defendant stipulate the parties have reached a mutually acceptable settlement regarding all claims stated in this adversary proceeding, and further stipulate to entry of this order and dismissal of

STIPULATION AND ORDER DISMISSING
ADVERSARY PROCEEDING WITH PREJUDICE
- 1
biv\c:\mpba\client list\trans union\shipley\stipulation and order of dismissal.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 BANK OF AMERICA TOWER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

this adversary proceeding with prejudice and without award of costs or attorney fees.

## II. ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled court, and the court being fully advised in all matters, does herewith, pursuant to Federal Rule of Bankruptcy Procedure 7041 and the foregoing stipulation;

ORDER and DECREE as follows:

This adversary proceeding is DISMISSED with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED AND DECREED:

Dated this 6th day of April, 2007

_____
JUDGE SAMUEL J. STEINER

Presented by:

MONTGOMERY, PURDUE,
BLANKINSHIP & AUSTIN, P.L.L.C.

By _____
George W. Akers, P.S.
WA State Bar No. 00498
Sandy K. Lee
WA State Bar No. 35463
Benjamin I. VandenBerghe
WA State Bar No. 35477
Attorneys for Plaintiff

Copy Received, Notice of Presentation
Waived and Approved as to Form:

THOMAS McAVITY, LLC

By _____ #35477 for:
Thomas McAvity                    with prior
WA State Bar No. 35197            written approval.
Attorneys for Defendant

STIPULATION AND ORDER DISMISSING
ADVERSARY PROCEEDING WITH PREJUDICE
- 2
biv\c:\mpba\client list\trans union\shipley\stipulation and order of dismissal.doc

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC
ATTORNEYS AT LAW
5500 BANK OF AMERICA TOWER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Case 06-01457-SJS    Doc 10    Filed 04/06/07    Ent. 04/06/07 13:32:35    Pg. 2 of 2